# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00298-CV

### In the Interest of L. M. H.

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 220,516-C, HONORABLE MICHAEL J. NELSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal on May 8, 2007. The clerk's record was filed on May 16. On August 20, 2007, the Clerk of this Court sent appellant notice that his brief was overdue and informed him that unless he filed a motion for an extension of time by August 31, the appeal would be dismissed for want of prosecution. Appellant has not responded to this or other communications from this Court. We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

                                         David Puryear, Justice

Before Justices Patterson, Puryear, and Pemberton

Dismissed for Want of Prosecution

Filed:   October 3, 2007